UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE ROBERTSON,

                    Plaintiff,

-against-                                    23-CV-4977 (JGK)

JACQUELINE FLUERINORD; POLICE                VALENTIN ORDER
OFFICERS JOHN DOE #1 TO #4; CITY OF
NEW YORK; COUNTY OF WESTCHESTER,

                    Defendants.

JOHN G. KOELTL, United States District Judge:

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed this complaint under 42 U.S.C. § 1983. He alleges that police officers from the Greenburgh Police Department, the Elmsford Police Department, and the 47th Precinct in the Bronx, violated his rights during and after he was arrested on or about September 7, 2020. Plaintiff alleges that he was arrested at a hotel located at 200 West Main Street in Elmsford, New York. (ECF 1.)

      By order dated July 27, 2023, the Court issued an order of service. (ECF 5.) That order directed the Clerk's Office, among other things, to mail a copy of the order and the complaint to the Village Counsel, Village of Elmsford, 11 Martine Avenue, White Plains, NY 10603.[1] (ECF 5.) On August 11, 2023, that order was returned to the court as undeliverable. The Court is therefore directing that the order be remailed.

---

[1] In that order, the Court directed the Elmsford Village Counsel to identify the Elmsford Police Department officer who was involved in the events giving rise to this action, and to provide that information to Plaintiff and the Court. *See Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997) (holding that a *pro se* litigant is entitled to assistance from the district court in identifying a defendant.)

2

The Clerk of Court is directed to mail this order, a copy of the July 27, 2023 order, and the complaint, to: (1) Daniel Pozin, Elmsford Village Counsel, McCarthy Fingar LLP, 11 Martine Avenue, 12th Floor, White Plains, New York 10603, and (2) Daniel Pozin, McCarthy Fingar LLP, 771 Westchester Avenue, Ste. 405, White Plains, New York, 10604.

SO ORDERED.

Dated:   New York, New York
      August 15, 2023                                    /s/ John G. Koeltl
                                                                JOHN G. KOELTL
                                             United States District Judge