UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DALE ROBERTSON,

                Plaintiff,

   - against -

JACQUELINE FLUERINORD, ET AL.,

                Defendants.

23-cv-4977 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

Any amended complaint should be filed by **February 23, 2024**.

All of the defendants can move or answer with respect to the amended complaint by **March 15, 2024**.

If there are motions to dismiss, the plaintiff's response is due **April 5, 2024**. The replies are due **April 15, 2024**. No additional pre-motion conference is necessary.

If there are no motions, the parties are directed to submit a Rule 26(f) report by **April 5, 2024**.

SO ORDERED.

Dated:   New York, New York
           February 8, 2024

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                        United States District Judge