```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――――

DALE ROBERTSON,                                    23-cv-4977 (JGK)

                Plaintiff,              ORDER

   - against -

JACQUELINE FLUERINORD, ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

Defendant City of Westchester is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 43.

**SO ORDERED.**

Dated:    New York, New York
           May 24, 2024

                                        /s/ John G. Koeltl
                                           John G. Koeltl
                                 United States District Judge