UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DALE ROBERTSON,                                      23-cv-4977 (JGK)

                          Plaintiff,                 ORDER

              - against -

JACQUELINE FLUERINORD, ET AL.,

                          Defendants.

---

JOHN G. KOELTL, District Judge:

The original time for the defendants in this action to answer was March 15, 2024. On March 13, 2024, this Court extended the time for the defendants to answer or respond to the amended complaint. ECF Nos. 33, 35. The revised deadline for the defendants to answer was April 29, 2024. See ECF No. 40.

One of the defendants, Jacqueline Fluerinord, has not answered or otherwise appeared in this action, and therefore appears to be in default. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment as to Fluerinord in accordance with the Local Rules and this Court's Individual Practices by **December 6, 2024.**

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          November 8, 2024

John G. Koeltl
United States District Judge