```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

DALE ROBERTSON,

                Plaintiff,

    - against -

JACQUELINE FLUERINORD, ET AL.,

                Defendants.

--------------------------------------------------

23-cv-4977 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On January 13, 2025, the plaintiff filed a proposed Clerk's Certificate of Default as to defendant Fluerinord, together with a supporting affirmation. See ECF Nos. 73, 74. On January 14, 2025, the Pro Se Office advised the plaintiff that the proposed Clerk's Certificate of Default filed by the plaintiff was deficient because it included only the service of the original complaint, and not the service of the amended complaint. See Jan. 14, 2025 Docket Entries. It appears that defendant Fluerinord has not yet been served with the amended complaint.

    The plaintiff may consider contacting the Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is run by a private organization called the City Bar Justice Center; it is not part

of, or run by, the Court. An informational flyer regarding the clinic is attached to this Order.

The clinic may be able to provide guidance on how to obtain a proper Certificate of Default; how to serve the amended complaint on defendant Fluerinord; and, more generally, how the plaintiff might proceed in this case in view of the Court's November 8, 2024 Memorandum Opinion and Order dismissing the amended complaint against all other defendants, ECF No. 68.

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:   New York, New York
         February 25, 2025

                                    _____
                                            John G. Koeltl
                                    United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the online form located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please call (212) 382-4794. Please leave a message and wait for us to call you back.