UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DALE ROBERTSON,

               Plaintiff,

   - against -

JACQUELINE FLUERINORD, ET AL.,

               Defendants.

23-cv-4977 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the plaintiff's letter dated March 7, 2025 (ECF No. 76). It appears that defendant Fluerinord has not yet been served with the amended complaint (ECF No. 24). Because the plaintiff has been granted permission to proceed in forma pauperis (IFP), he is entitled to rely on the Court and the U.S. Marshals to effect service. Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases.").

    To allow the plaintiff to effect service of the amended complaint on Fluerinord through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Fluerinord. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for

the Marshals Service to effect service upon Fluerinord. The service address for Fluerinord is as follows:

>Jacqueline Fluerinord
>11 Beaufort Street
>White Plains, N.Y. 10607

The plaintiff is urged to contact the Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court. An informational flyer regarding the clinic is attached to this Order.

The clinic may be able to provide guidance on how to obtain a proper Certificate of Default. The clinic may also be able to provide guidance on how the plaintiff might proceed in this case in view of the Court's November 8, 2024 Memorandum Opinion and Order dismissing the amended complaint against all other defendants (ECF No. 68)—including whether the plaintiff might wish to pursue his state-law claims against Fluerinord in state court, given that the plaintiff's federal-law claims against all other defendants have been dismissed.

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:  New York, New York
        March 11, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT
The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP
Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation**, Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the online form located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please call (212) 382-4794. Please leave a message and wait for us to call you back.