```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

DALE ROBERTSON,
                    Plaintiff,

    - against -                           23-cv-4977 (JGK)

JACQUELINE FLUERINORD, ET AL.          ORDER
                    Defendants.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendant Jacqueline Fluerinord to answer was August 5, 2025. To date, no answer has been filed.

    The time for defendant Fluerinord to answer or respond to the complaint is extended to **September 2, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against Fluerinord.

    The Clerk is respectfully requested to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket. The Clerk is also requested to mail a copy of this Order to defendant Fluerinord at the address below and to note mailing on the docket.

        Jacqueline Fluerinord
        11 Beaufort Street
        White Plains, N.Y. 10607

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 19, 2025**

                                            /s/ John G. Koeltl
                                           **John G. Koeltl**
                               **United States District Judge**