UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE ROBERTSON,

                Plaintiff,          23-cv-4977 (JGK)

     - against -             ORDER

JACQUELINE FLUERINORD ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

Under Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Jacqueline Fluerinord to answer was August 5, 2025. On August 19, 2025, the Court issued an order extending the time to answer until September 2, 2025. To date, no answer or response has been filed.

The time for Fluerinord to respond to the complaint is extended to **September 16, 2025.** If Fluerinord fails to respond to the complaint by that date, the plaintiff may move by order to show cause for a default judgment by September 30, 2025. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          September 9, 2025

                                            John G. Koeltl
                                      United States District Judge