UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DALE ROBERTSON,

                Plaintiff,           23-cv-4977 (JGK)

    - against -              ORDER

JACQUELINE FLUERINORD ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

On September 9, 2025, the Court extended the time for the defendant Jacqueline Fluerinord to answer the complaint until September 16, 2025. In the event the defendant failed to answer by that date, the Court informed the plaintiff that he must move by order to show cause for a default judgment by September 30, 2025, or the complaint would be dismissed without prejudice for failure to prosecute. The plaintiff has not moved by order to show cause for a default judgment.

Accordingly, the plaintiff's claims against Fleurinord are **dismissed without prejudice** for failure to prosecute. **The Clerk is directed to close this case.**

SO ORDERED.

Dated:    New York, New York
           October 7, 2025

                                          John G. Koeltl
                                   United States District Judge